NUMBER 13-05-577-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


WILLIAM "BILL" McCARTHY, Appellant,


v.



FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee.

_______________________________________________________


On appeal from the 357th District Court


of Cameron County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, WILLIAM "BILL" McCARTHY, perfected an appeal from a judgment
entered by the 357th District Court of Cameron County, Texas, in cause number
2004-06-3987-E. After the record and briefs were filed, the parties filed an agreed
motion to dismiss the appeal. In the motion, the parties state that they have reached
an agreement to settle their dispute in this case. The parties request that the Court
dismiss the appeal.

 The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted. The agreed
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 15th day of February, 2007.